UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAYVON WILSON,

                Plaintiff,

    -against-

OTIS BANTUM CORRECTIONAL FACILITY, ET AL.,

                Defendants.

24-cv-9621 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 14, 2025, order, the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 17, 2025
           New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                Chief United States District Judge